MERCANTILE CREDIT COMPANY, Respondent, v. NEW YORK TIDEWATER GRAVEL CORPORATION and Others, Appellants, and Others, Defendants.— Order amending complaint, striking out answers of the four appealing defendants under rule 112,

granting interlocutory judgment for the relief demanded in the complaint, and appointing a referee to compute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.